David V. Roth (State Bar No. 194648)
 *david.roth@manningkass.com*
Lucina Rios (State Bar No. 325856)
 *Lucina.Rios@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
One California Street, Suite 900
San Francisco, California 94111
Telephone: (415) 217-6990
Facsimile:  (415) 217-6999

Attorneys for Defendants
JORDAN RUIZ d/b/a DEUS LUX INC.
and McDONALD'S CORPORATION
(erroneously sued as McDonald's Corporation)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JIM WEST,<br><br>    Plaintiff,<br><br>    v.<br><br>JORDAN RUIZ; MCDONALDS CORPORATION; and SUNSET VIEW CEMETERY ASSOCIATION,<br><br>    Defendants. | Case No. 2:24-cv-01193-JAM-DMC<br><br>**ORDER GEANTING STIPULATION TO EXTEND TIME FOR ALL DEFENDANTS TO RESPOND TO INITIAL COMPLAINT** |

Pursuant to stipulation, and for good cause shown, Defendants' responsive pleading shall be due on **June 21, 2024**.

IT IS SO ORDERED.

Dated: June 06, 2024        /s/ John A. Mendez
_____
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

**ORDER**