+

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM WEST, | No. 2:24-CV-1193-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| JORDAN RUIZ, et al., | |
| Defendants. | |

     Plaintiff, who is proceeding with retained counsel, brings this civil action. On June 12, 2024, Plaintiff and Defendant Sunset View Cemetery Association filed a stipulation to extend the time for Defendant to respond to Plaintiff's complaint. <u>See</u> ECF No. 14. For good cause shown, the stipulation signed by all counsel is approved. Defendant Sunset View Cemetery Association's response to Plaintiff's complaint is due by June 27, 2024. Pursuant to the Court's prior order of June 7, 2021, ECF No. 10, the remaining defendants' response to Plaintiff's complaint is due by June 21, 2024.

     IT IS SO ORDERED.

Dated: June 18, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28