**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

JIM WEST,

Plaintiff,

v.

JORDAN RUIZ, et al.,

Defendants.

No. 2:24-cv-1193-DC-DMC

ORDER

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pursuant to Eastern District of California Local Rule 230(g), the hearing on Plaintiff's motion to strike, scheduled for September 9, 2026, at 10:00 a.m., before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

IT IS SO ORDERED.

Dated: August 24, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE